THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN VETTER, Appellant.— Judgment of conviction reversed and a new trial granted on the ground that the evidence was insufficient to establish defendant's guilt beyond a reasonable doubt. The said reversal is solely for errors of law and not for errors or questions of fact or as a matter of discretion, this court having reviewed all the facts and found no error therein. All concur.

CARL F. KALWEIT, Respondent, v. FRANK J. DONAHUE, Appellant.— Order reversed on the law and facts, with costs, and verdict reinstated, with costs. The evidence presented fair issues of fact as to the negligence of defendant, the contributory negligence of the plaintiff, and his damages and we find that the verdict was not against the weight of the evidence on any question. All concur.

BOLESLAW ZAPISEK, Appellant, Respondent, v. JUZEF SZCZEPANZKI, Respondent, Appellant.— Judgment of the County Court reversed on the facts and judgment of Utica City Court affirmed, with costs in this court and in the County Court to the plaintiff. The judgment of the City Court was fully warranted by the evidence and was not contrary to or against the weight of the evidence. We find no error of law in the judgment of the City Court. All concur.

DELWARD HOLDING CORPORATION, Respondent, v. EDWARD S. HAWLEY, Appellant.—Judgment affirmed, with costs. All concur.

ALBERT C. WILLSEA, Respondent, v. GEORGE MEISENZAHL, Appellant, and EUGENE MEISENZAHL, Defendant.— Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that the finding of the jury to the effect that the plaintiff was employed by the defendant George Meisenzahl is contrary to and against the weight of the evidence. All concur.

In the Matter of the Judicial Settlement of the Estate of ANNA B. MILLER, Deceased.— Decree affirmed, with costs. All concur.

HOWARD SEEFELDT, an Infant, etc., and Another, Respondents, v. GREAT AMERICAN TEA COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

FRED H. TAYLOR, Respondent, v. JAMES A. BURKE, Appellant.— Judgment and order affirmed, with costs. All concur.

MARIETTA WHEELER, Respondent, v. LAW BROTHERS CONSTRUCTION COMPANY, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. All concur.

ALMIRA BELKNAP, Respondent, v. LAW BROTHERS CONSTRUCTION COMPANY, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. All concur.

GEORGE M. SMALLEY, Respondent, v. CHARLES B. BENEDICT, Appellant.*— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall within ten days stipulate to reduce the verdict to the sum of $12,500, as of the date of rendition thereof, in which event the judgment is modified accordingly, and as so modified, is affirmed, together with the order, without costs of this appeal to either party. All concur.

ROBERT D. GLENNIE, Appellant, v. THE FALLS EQUIPMENT COMPANY, Incorporated, and Another, Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to Court of Appeals denied.

WILLIAM F. AVEY, Respondent, v. TOWN OF BRANT, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified.

* Affd., 263 N. Y. 562.